IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| IN THE MATTER OF LITIGATION RELATING TO CONDITIONS OF CONFINEMENT AT MONTANA STATE PRISON <br><br> _____ <br> THIS DOCUMENT RELATES TO: <br><br> Terry LANGFORD, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Gov. Steve BULLOCK, *et al.*, <br><br> Defendants. | CV 93-46-H-DWM-JCL <br><br> ORDER |

Having considered the Parties' Unopposed Motion for an Extension of Deadline to File Fee Petition, and good cause appearing,

IT IS ORDERED that the motion is GRANTED. Class Counsel shall file their motion for fees and costs – or provide notice of settlement to the Court – on or before March 1, 2019.

DATED this 4th day of February, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1