IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| IN THE MATTER OF LITIGATION RELATING TO CONDITIONS OF CONFINEMENT AT MONTANA STATE PRISON<br><br>THIS DOCUMENT RELATES TO:<br><br>Terry LANGFORD, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>Gov. Greg GIANFORTE, *et al.*,<br><br>        Defendants. | CV 93-46-H-KLD<br><br>ORDER |

      Having considered the Parties' Joint Motion to Appoint Arbitrator, and good cause appearing,

      It is ORDERED that the motion is GRANTED. Ed Swanson is hereby appointed the Arbitrator under the terms of the Settlement Agreement.

      DATED this 6th day of April, 2023.

                                          */s/ Kathleen L. DeSoto*
                                          Kathleen L. DeSoto
                                          United States Magistrate Judge