IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| IN THE MATTER OF LITIGATION RELATING TO CONDITIONS OF CONFINEMENT AT MONTANA STATE PRISON<br><br>THIS DOCUMENT RELATES TO:<br><br>Terry LANGFORD, *et al.,*<br><br>                Plaintiffs,<br><br>vs.<br><br>Gov. Steve BULLOCK, *et al.*,<br><br>                Defendants. | CV 93-46-H-KLD<br><br>ORDER |

    Plaintiffs move for the admission of Corene T. Kendrick to practice before this Court in this case with Alex Rate to act as local counsel. Ms. Kendrick's application appears to be in order. Accordingly,

    IT IS HEREBY ORDERED that Plaintiffs' motion to admit Corene Kendrick pro hac vice is GRANTED on the condition that Ms. Kendrick shall do her own work. This means that Ms. Kendrick must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Kendrick may

move for the admission pro hac vice of one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Kendrick.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Kendrick, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 3rd day of May, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge