UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| IN THE MATTER OF LITIGATION RELATING TO CONDITIONS OF CONFINEMENT AT MONTANA STATE PRISON<br><br>THIS DOCUMENT RELATES TO:<br><br>Terry LANGFORD, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Gov. Greg GIANFORTE, et al.,<br><br>　　　　　　　　　Defendants. | Case No. CV-93-046-H-KLD<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that Judgment shall be entered accordingly as stated in the Order filed on September 17, 2024.

　　　Dated this 17th day of September, 2024.

　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　By: /s/ Annie Puhrmann
　　　　　　　　　　　　　　　Annie Puhrmann, Deputy Clerk